

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

August 8, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *McGlynn v. Insider Media Group,* 1:22-cv-02537 (JMF)

Dear Judge Furman:

    We represent Plaintiff David McGlynn in the above-captioned case. We write pursuant to section 1.F of the Court's Individual Rules and Practices to respectfully request a 30-day extension of time, through September 12, 2022, to file a Notice of Dismissal (or otherwise re-open the case).

1) the original deadline is August 13, 2022 [Dkt. No. 13];

2) no previous requests for an extension of time have been sought;

3) no previous requests for an extension have been granted or denied;

4) despite the parties' best efforts, the settlement transaction will not be consummated by the original deadline and, accordingly, the parties jointly request a 30-day extension. The parties understand that the Court's Order of Dismissal states that requests to extend the deadline are unlikely to be granted; however, the parties are respectfully requesting a one-time extension and are confident that no further requests will be needed.

5) Defendant Insider Media Group consents to the requested relief;

6) No other dates will be impacted as all pending conferences have been cancelled.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 15. SO ORDERED.

August 8, 2022



100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878